**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
CINCINNATI **DIVISION**

ANTHONY G. ECKERT
(Enter Above the Name of the Plaintiff in this Action)

1:25CV590

vs.

TOTAL QUALITY LOGISTICS, LLC
(Enter above the name of the Defendant in this Action)

J. HOPKINS

MJ LITKOVITZ

If there are additional Defendants, please list them:

KENNETH OAKS, individually and in his capacity as CEO of TQL

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

ANTHONY G. ECKERT
Name - Full Name Please - PRINT

214 HOLLY LANE
Street Address

BETHEL, OHIO 45106
City, State and Zip Code

(513) 702-3939
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. TOTAL QUALITY LOGISTICS, LLC
   Name - Full Name Please

   4289 IVY POINTE BLVD., CINCINNATI, OH 45245
   Address: Street, City, State and Zip Code

2. KENNETH OAKS, CEO OF TQL, LLC

   4289 IVY POINTE BLVD., CINCINNATI, OH 45245

3. __________

4. __________

5. __________

6. __________

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title 29 United States Code, Section 201
[Other federal status giving the court subject matter jurisdiction.]

## III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

See attached Statement of Facts and Claims for Relief (Exhibit A), incorporated herein by reference.

## IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| ________ | ________ | vs. | ________ |
| ________ | ________ | vs. | ________ |
| ________ | ________ | vs. | ________ |

## V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

See attached Damages and Prayer for Relief section (Exhibit A), incorporated herein by reference.

I state under penalty of perjury that the foregoing is true and correct. Executed on

this 15 day of August, 20 25

[signature]

Signature of Plaintiff